|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HUGO RODRIGUEZ-CORNEJO,<br><br>    Defendant. | NO: 2:17-CR-0172-TOR-1<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BEFORE THE COURT are the United States' Motion to Dismiss Indictment Without Prejudice and Motion to Expedite (ECF Nos. 17, 18). The motions were submitted for consideration without oral argument. The Court has reviewed the file and the records therein, and is fully informed. The Government seeks to dismiss the indictment in this matter pursuant to Fed. R. Crim. P. 48(a). The motions are granted. However, the Court does not make any judgment as to the merit or wisdom of this dismissal.

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE ~ 1

Accordingly, IT IS HEREBY ORDERED:

1. The United States' Motion to Dismiss Indictment Without Prejudice (ECF No. 17) and Motion to Expedite (ECF No. 18) are **GRANTED**.

2. The Indictment filed against Mr. Rodriquez-Cornejo is dismissed without prejudice, all pending motions are **DENIED as moot,** and all pending hearing and trial dates are stricken from the Court's calendar.

3. The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** October 31, 2017.



THOMAS O. RICE
Chief United States District Judge